Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Experian Information Solutions Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACY HUNTER,<br><br>             Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INC., TRANSUNION LLC AND BENEFICIAL STATE BANK,<br><br>             Defendants. | Case No. 2:23-cv-00941-JAD-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed:  June 16, 2023 |

Defendant Experian Information Solutions Inc. ("Defendant"), by and through its counsel of record, hereby requests an extension until August 24, 2023, to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on June 16, 2023.  On August 2, 2023, the undersigned counsel was retained to represent Defendant.  Upon information and belief, the deadline for Defendant to respond to the Complaint is currently August 3, 2023.  Defendant contacted Plaintiff to inquire as to whether Plaintiff would agree to the extension.  As of the filing of this motion, Plaintiff has not responded to Defendant's inquiry.

This is Defendant's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Defendant time to

1  investigate Plaintiff's claims.  As set forth above, Defendant's counsel was only recently retained
2  on August 2, 2023.  Therefore, Defendant respectfully requests until August 24, 2023, to file its
3  responsive pleading.
4      DATED this 2nd day of August 2023.        NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
jbraster@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Experian Information Solutions Inc.*

**IT IS SO ORDERED.**

DATED: August 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this <u>2nd</u> day of August 2023, I caused the document **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ Jennifer L. Braster
An Employee of NAYLOR & BRASTER