SEYFARTH SHAW LLP
Jennifer R. Brooks
jrbrooks@seyfarth.com
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Attorneys for Defendant
EQUIFAX INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STACY HUNTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INC., TRANSUNION LLC AND BENEFICIAL STATE BANK,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00941-JAD-BNW<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Equifax Inc. ("Equifax" or "Defendant"), by its counsel and, pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR IA 6-1, respectfully requests an extension of time to file its Answer or to otherwise respond to Plaintiff's Complaint. In support of this Motion, Equifax respectfully states as follows:

1. On June 16, 2023, Plaintiff filed a Complaint in the United States District Court for the District of Nevada, titled *Stacy Hunter v. Experian Information Solutions, Inc., et al;* Case No. 2:23-cv-00941-JAD-BNW (Doc. No. 1).

2. Equifax was served via its registered agent on July 14, 2023.

3. Pursuant to the Federal Rules of Civil Procedure 8 and 12, Equifax's response to Plaintiff's Complaint is due on August 4, 2023.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. In addition, Equifax reasonably anticipates attempting to

97064853v.1

engage in good faith settlement negotiations prior to Equifax's filing its responsive pleading to Plaintiff's Complaint.

5. Equifax's counsel has attempted to contact *Pro Se* Plaintiff via email on July 25, 2023, July 31, 2023 and August 1, 2023 regarding the relief requested herein. No response has been received.

6. Equifax respectfully requests a thirty (30) day extension of the deadline to respond to Plaintiff's Amended Complaint up to and including September 5. 2023[1]. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response. This is Defendant Equifax's first request for an extension of time.

WHEREFORE, Equifax respectfully request that this Court grant its request for an extension of time to respond to Plaintiff's Amended Complaint up to and including September 5, 2023.

Dated: August 2, 2023                                Respectfully submitted,

                                                     SEYFARTH SHAW LLP

### ORDER

**IT IS SO ORDERED**

**DATED:** 8:40 pm, August 03, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street
Suite 1400
Houston, Texas  77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

*Attorneys for Defendant
Equifax Inc.*

---

[1] September 3, 2023 falls on a Sunday.  September 5, 2023 is the next business day.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Stacy Hunter
> 9864 Twilight Walk Avenue
> Las Vegas, NV 89149

> */s/ Jennifer R. Brooks*
> Jennifer R. Brooks
> *Counsel for Defendant*
> *Equifax Inc.*

97064853v.1