UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stacy Hunter,<br><br>    Plaintiff<br><br>v.<br><br>Experian Information Solutions Inc., et al.,<br><br>    Defendants | Case No.: 2:23-cv-00941-JAD-BNW<br><br>**Order Granting Unopposed Motion for Judgment on the Pleadings**<br><br>[ECF No. 22] |

      Defendants Experian Information Solutions Inc., Equifax Inc., and Trans Union LLC move for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), arguing that all of Plaintiff Stacy Hunter's claims in this Fair Credit Reporting Act case fail as a matter of law.[1] The deadline for Hunter to respond to that motion passed on October 2, 2023, and she neither responded to the motion nor asked for an extension of her deadline to do so.  This Court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."[2]  I apply this rule and deem Hunter's failure to oppose this motion as her consent to granting it.

      IT IS THEREFORE ORDERED that the motion for judgment on the pleadings **[ECF No. 22] is GRANTED.**  With good cause appearing and no reason to delay, the Clerk of Court is directed to **ENTER PARTIAL JUDGMENT** on the pleadings in favor of Experian Information

---

[1] ECF No. 22.

[2] L.R. 7-2(d).

Solutions Inc., Equifax Inc., and Trans Union LLC and **TERMINATE** them as parties to this action, leaving only plaintiff's claims against Beneficial State Bank.

_____
U.S. District Judge Jennifer A. Dorsey
October 16, 2023

2